

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-26-00311-CV

---

GUY KWOK HUNG LAM, APPELLANT

V.

JUSTIN NOWELL, APPELLEE

---

On Appeal from the 222nd District Court
Deaf Smith County, Texas
Trial Court No. CI-2026A-001, Honorable Roland D. Saul, Presiding

---

August 12, 2026

MEMORANDUM OPINION

Before DOSS and YARBROUGH and PRATT, JJ.

Appellant, Guy Kwok Hung Lam, appeals from the trial court's order denying his special appearance. The clerk's record was originally due May 18, 2026, but was not filed due to Appellant's failure to make payment arrangements for the record. *See* TEX. R. APP. P. 35.3(a)(2). By letter of July 10, 2026, we directed Appellant to pay for the clerk's record by July 20, 2026, or the appeal would be subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). To date, Appellant has not made payment arrangements for the clerk's record, filed a response addressing the omission, or

submitted a notice electing to file an appendix in lieu of a clerk's record pursuant to Rule of Appellate Procedure 34.5a.

Consequently, we dismiss the appeal for want of prosecution.  *See* TEX. R. APP. P. 37.3(b), 42.3(b).

Per Curiam